**Barkley, Lisa S.**

| | |
|---|---|
| From: | Burt Kahn <glentrail@yahoo.com> |
| Sent: | Tuesday, October 21, 2014 3:45 PM |
| To: | Barkley, Lisa S. |
| Subject: | Fw: Motion to consolidate sanction hearing with trial on the merits;. |

On Tuesday, October 21, 2014 3:44 PM, Burt Kahn <glentrail@yahoo.com> wrote:

why don't you send me yje $1M andwe can call it a day.

On Tuesday, October 21, 2014 1:50 PM, "Powers, Werner A." <Werner.Powers@haynesboone.com> wrote:

Burt

I really need a straight answer from you and I would like to attach your email responding to this email to the motion we are filing.

We would like to consolidate the motion for sanctions with trial on the merits. If the court is inclined to consolidate, would you like to keep the current date on your motion for sanctions (October 29) or would you like both matters heard on January 7, the date for trial on the merits.

Please respond by 3pm because we are preparing a filing. I want to be sure I have quoted you correctly.

Werner

**haynes**boone
**Werner A. Powers**
Partner
werner.powers@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5581
(f) 214.200.0662

vCard | Bio | Website

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended

**EXHIBIT 1**

1