CAUSE NO. 2013-CI-18355

| | | |
|---|---|---|
| HELVETIA ASSET RECOVERY, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| BURTON KAHN and | § | |
| PARADIV CORPORATION, | § | |
| *Defendants.* | § | 37th JUDICIAL DISTRICT |

### ORDER STRIKING DEFENDANT'S MOTION FOR SANCTIONS

On August 20, 2014, Defendant Burton Kahn presented his Second Amended Motion for Sanctions against Lisa Barkley ("Motion for Sanctions").

The Court, after reviewing the Motion for Sanctions, and after reviewing Plaintiff Helvetia Asset Recovery, Inc.'s Motion to Strike Kahn's Motion for Sanctions against Lisa Barkley, Helvetia's Response to Defendant's Motions for Sanctions against Lisa Barkley, Kahn's Response to Helvetia's Motion to Strike Kahn's Motion for Sanctions against Lisa Barkley, and other filings, and after hearing arguments of Plaintiff's counsel and Mr. Kahn, *pro se*, is of the opinion that the Motion for Sanctions should be stricken, ~~as Final judgment was~~ [handwritten: MEM In the event that plenary jurisdiction has not expired, this Court has proceeded, in the interest of judicial economy, to consider Defendant's Second Amended Motion for Sanctions Against Lisa Barkley, and this Court is of the opinion that said motion should, in all things, be denied.] ~~entered in this cause on June 11, 2014, and this Court's plenary jurisdiction has expired. Striking the Motion for Sanctions is consistent with the final judgment, and constitutes no change to the substantive adjudicative portions of the judgment.~~

It is, therefore, ORDERED that ~~the~~ [handwritten: Defendant's Second Amended] Motion for Sanctions is STRICKEN; [handwritten: alternatively, if this Court has jurisdiction to rule on Defendant's Second Amended Motion for Sanctions Against Lisa Barkley, said Second Amended Motion for Sanctions Against Lisa Barkley is hereby DENIED in all things.]

~~Signed this _____ day of August, 2014.~~

[handwritten: Signed this 20 day of August, 2014.]

_____
JUDGE PRESIDING

[signature: Michael E. Mery]
JUDGE PRESIDING

**EXHIBIT 6**

Submitted by:

HAYNES AND BOONE, LLP

_/s/ Lisa S. Barkley_
Werner A. Powers, SBN 16218800
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tele: (214) 651-5000 / Fax: (214) 651-5940
werner.powers@haynesboone.com

Lisa S. Barkley, SBN 17851450
112 E. Pecan, Suite 1200
San Antonio, Texas 78205
Tele: (210) 978-7427 / Fax: (210) 554-0427
lisa.barkley@haynesboone.com

ATTORNEYS FOR PLAINTIFF
HELVETIA ASSET RECOVERY, INC.

*[handwritten: "Disagree with Order" with signature]*