**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br><br>BURTON M. KAHN,<br><br>    Debtor. | Chapter 7<br><br>Case No. 14-50980-cag |
| HELVETIA ASSET RECOVERY, INC.<br><br>    Plaintiff,<br><br>v.<br><br>BURTON M. KAHN,<br><br>    Defendant. | Adversary Proceeding No. 14-05052-cag |

**ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE**
**SANCTIONS HEARING WITH TRIAL ON THE MERITS**

This matter came before the Court upon the Motion to Consolidate Sanctions Hearing with Trial on the Merits (the "Motion to Consolidate"), filed by Helvetia Asset Recovery, Inc. ("Helvetia"). The Court finds that is has jurisdiction over the matters raised in the Motion to Consolidate pursuant to 28 U.S.C. § 1334; that proper and adequate notice of the Motion to

1

Consolidate has been given and no other or further notice is necessary; and upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Consolidate is granted in all respects.

2. The Court consolidates the hearing on Defendant/Debtor Burton Kahn's motion for sanctions to coincide with trial on the merits on a date to be set by the Court.

# # #

Submitted by:

HAYNES AND BOONE, L.L.P.
Werner A. Powers, TBN 16218800
Scott W. Everett, TBN 00796522
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940

Lisa S. Barkley, TBN 17851450
HAYNES AND BOONE, LLP
112 E. Pecan, Suite 1200
San Antonio, Texas 78205
Telephone: 210.978-7427
Facsimile: 210-554-0427

scott.everett@haynesboone.com
werner.powers@haynesboone.com
lisa.barkley@haynesboone.com

ATTORNEYS FOR PLAINTIFF
HELVETIA ASSET RECOVERY, INC.