IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br><br>BURTON M. KAHN,<br><br>    Debtor. | **Chapter 7**<br><br>**Case No. 14-50980-cag** |
| HELVETIA ASSET RECOVERY, INC.<br><br>    Plaintiff,<br><br>v.<br><br>BURTON M. KAHN,<br><br>    Defendant. | **Adversary Proceeding No. 14-05052-cag** |

**ORDER GRANTING MOTION OF PLAINTIFF TO EXPEDITE
HEARING OR CONSIDERATION ON MOTION TO CONSOLIDATE
SANCTIONS HEARING WITH TRIAL ON THE MERITS**

On this date came on for consideration the Motion filed by Plaintiff Helvetia Asset Recovery, Inc. requesting an expedited hearing or consideration on the Motion to Consolidate Sanctions Hearing with Trial on the Merits, filed on October 22, 2014 [Docket No. 13]. The Court finds that the Motion should be granted as set forth below.

1

2

IT IS, THEREFORE, ORDERED that the Motion to Consolidate Sanctions Hearing with Trial on the Merits is scheduled for expedited hearing on the date and time listed above.

# # #